UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-61179-CIV-UNGARO

ROBERT CONSALVO,

    Plaintiff,

v.

WALTER A. MCNEIL et al.,

    Defendants.

_____/

## ORDER ON MOTION TO STAY

THIS CAUSE is before the Court on Plaintiff's Motion to Hold Proceedings in Abeyance, filed on September 8, 2008 (D.E. 20).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E 20) is GRANTED. This matter is STAYED until Plaintiff exhausts his federal constitutional claim in state court. Plaintiff SHALL notify the Court immediately upon the conclusion of his state court litigation.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record